THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ROSINO, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the October term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANG YIN CHIN, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the June term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. YOCKEL, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the October term, for which term the case is ordered on the

calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.